United States District Court
Southern District of Texas
**ENTERED**
August 27, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CAMERON BURNETT, § | |
| § | |
| Plaintiff, § | |
| § | Civil Action No. |
| v. § | 4:24-cv-4732 |
| § | |
| PENSKE LOGISTICS, § | |
| § | |
| Defendant. § | |

ORDER ADOPTING RECOMMENDATION OF THE MAGISTRATE JUDGE

Pending is Defendant Penske Logistics's Motion to Dismiss (Document No. 12). The Court has received from the Magistrate Judge a Report and Recommendation recommending that Defendant's Motion to Dismiss be denied. The deadline for objections has passed, and no objection was filed.

After having made a de novo determination of the Motion to Dismiss, and responses, the Court finds that the opinion of the Magistrate Judge is correct and should be and hereby is accepted in its entirety.

Accordingly, it is ORDERED and ADJUDGED for the reasons set forth in the Report and Recommendation of the United States Magistrate Judge signed and filed on June 26, 2025 (Document No. 19), which is adopted in its entirety as the opinion of this Court,

that Defendant Penske Logistics Motion to Dismiss (Document No. 12) is DENIED.

It is so ORDERED.

The Clerk will enter this Order and send copies to all parties of record.

Signed at Houston, Texas this 27th day of August, 2025.

Ewing Werlein, Jr.
United States District Judge