United States District Court
Southern District of Texas
**ENTERED**
June 25, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

CAMERON BURNETT, §
§
Plaintiff, §
§
v. § CIVIL ACTION NO. H:24-CV-4732
§
PENSKE LOGISTICS, §
§
Defendant. §

ORDER ADOPTING RECOMMENDATION OF THE MAGISTRATION JUDGE

The Court has received from the Magistrate Judge an Order (Document No. 55) denying Plaintiff Cameron Burnett's Motion to Compel (Document No. 45) and a Report and Recommendation (Document No. 55) to grant Defendant Penske Logistics's Motion for Summary Judgment (Document No. 40). Plaintiff has filed his Objections (Document No. 56), to which Defendant Penske Logistics has filed its Response in Support of the Magistrate Judge's rulings (Document No. 57).

First, Plaintiff objects to the Magistrate Judge's Order Denying Plaintiff's Motion to Compel (Document No. 45). The district judge may consider any objections filed by the parties on non-dispositive matters referred to the Magistrate Judge, and modify or set aside the Magistrate Judge's Order if it is clearly erroneous or contrary to law. 28 U.S.C. § 636(b)(1)(A); FED. R CIV. P. 72(a); Ford v. Estelle, 740 F.2d 374, 377 (5th Cir. 1984).

After careful consideration of Plaintiff's objections to Plaintiff's non-dispositive motion, the Court finds that the Order

of the Magistrate Judge signed May 20, 2026 is not clearly erroneous or contrary to law. Accordingly, in accordance with the Magistrate Judge's Order, Plaintiff's Motion to Compel (Document No. 57) is therefore DENIED.

After having made a *de novo* determination of Defendant's Motion for Summary Judgment, and Plaintiff's Response thereto, and having considered the Report and Recommendation of the Magistrate Judge and Plaintiff's objections and Defendant's response thereto, the Court is of the opinion that the findings and recommendations of the Magistrate Judge are correct and should be and hereby are accepted by the Court in their entirety. Accordingly, it is

ORDERED and ADJUDGED for the reasons set forth in Judge Palermo's Order and Report and Recommendation (Document No. 55) entered May 20, 2026, which is adopted in its entirety as the opinion of this Court, Defendant Penske Logistics's Motion for Summary Judgment (Document No. 40) is GRANTED. It is therefore

ORDERED that Plaintiff Cameron Burnett shall TAKE NOTHING on his claims against Penske Logistics, and Plaintiff's case is DISMISSED on the merits with prejudice.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED at Houston, Texas, on this 25TH day of June, 2026.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE

2